Order Form (01/2005)
Case: 1:10-cv-03787 Document #: 6 Filed: 08/31/10 Page 1 of 1 PageID #:26

# United States District Court, Northern District of Illinois

MHλ

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3787 | **DATE** | 8/31/2010 |
| **CASE TITLE** | Alexander Markopoulos vs. Balanced Healthcare, et al | | |

**DOCKET ENTRY TEXT**

All claims in Plaintiff's Complaint against Balanced Healthcare Receivables, LLC and JHC Acquisition, LLC d/b/a Omnicare of Northern Illinois are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials | WAP |
|---|---|---|